# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jessica and Michael Lawver, <br><br> Plaintiffs, <br><br> v. <br><br> AmSher Collection Services, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:15-cv-07001-JBS-AMD |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 22, 2016

                                             Respectfully submitted,

                                             By: /s/ Sofia Balile

                                             Sofia Balile, Esq. <br>
                                             Lemberg Law, LLC <br>
                                             43 Danbury Road, 3rd Floor <br>
                                             Wilton, CT 06897 <br>
                                             Phone: (917) 981-0849 <br>
                                             Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 22, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By_/s/ Sofia Balile_____

            Sofia Balile